253 So.2d 215

**John EBARB and Mrs. Catherine P. Ebarb**

v.

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY.**

No. 51743.

Oct. 18, 1971.

In re: John Ebarb and Mrs. Catherine P. Ebarb applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 251 So.2d 100.

Writ denied. On the facts found by the Court of Appeal the result is correct.

253 So.2d 215

**James J. DESELLE**

v.

**Paul Dowdy BONNETTE.**

No. 51745.

Oct. 18, 1971.

In re: James J. Deselle applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 251 So.2d 68.

Writ denied. No error of law.